STATE v. CLIFTON

No. 129 PC.

Case below: 36 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

STATE v. DIXON

No. 118 PC.

Case below: 35 N.C. App. 774.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

STATE v. HINES

No. 127 PC.

Case below: 36 N.C. App. 33.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 June 1978.

STATE v. HUGGINS

No. 119 PC.

Case below: 35 N.C. App. 597.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

STATE v. HUNT

No. 121 PC.

Case below: 34 N.C. App. 749.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 6 June 1978.